3

SALMA AGHA-KHAN, M.D.
10001 Venice Boulevard # 402
Los Angeles, California 90034
Telephone: (949) 332-0330
email: salmahagha@aol.com
Plaintiff-Debtor in Pro Se

FILED
DEC 31 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT, BAKERSFIELD DIVISION

Re:
SALMA H. AGHA
an individual,

              **Debtor,**

Case No. 10-16183
Chapter 7

**DECLARATION OF SALMA AGHA-KHAN, MD REGARDING HER MOTION TO DISQUALIFY KLEIN DENATALE GOLDNER LAW FIRM FROM REPRESENTING DEFENDANT TRUSTEE VETTER DUE TO**

1. **CONFLICT OF INTEREST AS PLAINTIFF-DEBTOR WAS THEIR FORMER EMPLOYER AND**
2. **THIS CURRENT EMPLOYMENT WAS FRAUDULENTLY ALLOWED BY DEFENDANT JUDGE CLEMENT;**

**Judge: HON RICHARD LEE**
**Hearing Date: February 5, 2015**
**Time: 9:00 am**
**Place: US Bankruptcy Court**
        **1300 18th Street, Ste A**
        **Bakersfield, CA**

**PLEASE NOTE:** The **DUTY TO REPORT MISCONDUCT** to the appropriate governing authorities is an ethical duty imposed on Judges, Attorneys etc in the United States by the rules governing professional responsibility. Acts constituting misconduct include tampering with evidence, suborning perjury and committing criminal acts of violence or dishonesty. Failure to report such crimes can result in disbarment, sanctions, impeachment etc.

DECLARATION OF SALMA AGHA-KHAN, MD RE HER MOTION TO DISQUALIFY KLEIN DENATALE GOLDNER LAW FIRM FROM REPRESENTING DEFENDANT TRUSTEE VETTER DUE TO 1. CONFLICT OF INTEREST AS PLAINTIFF-DEBTOR WAS THEIR FORMER EMPLOYER AND 2. THIS CURRENT EMPLOYMENT WAS FRAUDULENTLY ALLOWED BY DEFENDANT JUDGE CLEMENT

1

## DECLARATION OF SALMA AGHA-KHAN, MD.

**NOTE: THIS MOTION ETC ARE A RESUBMISSION AS SUGGESTED BY JUDGE LEE DURING DECEMBER 4, 2014 HEARING**

I, SALMA AGHA-KHAN, MD., declare as follows:

1. I am the Plaintiff in the above action.

2. I have personal knowledge of all the matters stated herein and if called to testify in a court of law, I would testify to same.

3. I was Debtor in Bankruptcy case # 10-16183 and I am Plaintiff in this Adversary Proceedings Case No 13-01086 as well.

4. I have recently become aware that my Bankruptcy was illegally reopened lacking jurisdiction.

5. I have also become aware of a lot of fraudulent acts committed by the Defendant Judge Clement and Defendant Trustee Vetter acting in collusion with Defendant Attorneys Holder, Goldner, Tubesing and KDG Law Firm, under the legal umbrella of "Bankruptcy Proceedings" to commit **MULTIPLE GRAND THEFT FELONIES** to steal my properties so they can benefit their "**special friends**" Defendants Breitman, BBG Ltd, Zouras and Chandler. A detailed list of these grand thefts is provided in recently filed Second Amended Complaint.

**Please note**: Defendant Breitman has been involved in ove ONE HUNDRED LAWSUITS in his lifetime.

6. I also realized that the underlying basis for Defendants actions was **HATE CRIMES, SEXUAL AND RACIAL DISCRIMINATION CRIMES AGAINST PLAINTIFF, A MINORITY WOMAN OF COLOR, A SINGLE MOTHER OF TWO CHILDREN WHO IS ALSO A HIGHLY QUALIFIED PROFESSIONAL WOMAN HELD IN HIGH ESTEEM.**

DECLARATION OF SALMA AGHA-KHAN, MD RE HER MOTION TO DISQUALIFY KLEIN DENATALE GOLDNER LAW FIRM FROM REPRESENTING DEFENDANT TRUSTEE VETTER DUE TO 1. CONFLICT OF INTEREST AS PLAINTIFF-DEBTOR WAS THEIR FORMER EMPLOYER AND 2. THIS CURRENT EMPLOYMENT WAS FRAUDULENTLY ALLOWED BY DEFENDANT JUDGE CLEMENT

2

7. This Ex Parte Motion is brought forth to **IMMEDIATELY STOP FRAUD, GRAND THEFT AND HATE CRIMES** being perpetrated by these Defendants as evidenced in some of the attached documents, Exhibits 1 to 14.

Executed under penalty of perjury on this 31st day of December, 2014 at Los Angeles, California.

*[signature]*

SALMA AGHA-KHAN, MD.
Plaintiff-Debtor in Pro Per

DECLARATION OF SALMA AGHA-KHAN, MD RE HER MOTION TO DISQUALIFY KLEIN DENATALE GOLDNER LAW FIRM FROM REPRESENTING DEFENDANT TRUSTEE VETTER DUE TO 1. CONFLICT OF INTEREST AS PLAINTIFF-DEBTOR WAS THEIR FORMER EMPLOYER AND 2. THIS CURRENT EMPLOYMENT WAS FRAUDULENTLY ALLOWED BY DEFENDANT JUDGE CLEMENT

3