

```
FILED
DEC 31 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

SALMA AGHA-KHAN, M.D.
10001 Venice Boulevard # 402
Los Angeles, California  90034
Telephone:  (949) 332-0330
email:    salmahagha@aol.com
**Plaintiff-Debtor in Pro Se**

ISAF

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT, BAKERSFIELD DIVISION

SALMA H. AGHA
an individual,

          **Debtor,**

Case No. 10-16183
Chapter 7

DECLARATION OF PLAINTIFF-DEBTOR IN SUPPORT OF HER MOTION TO STOP CONTINUOUS DOCKET FRAUD PERPETRATION BY DEFENDANTS FRAUDULENTLY CHANGING BANKRUPTCY DOCKET 10-16183 BY FILING UNDER A NEW CASE NUMBER 13-01086 TO
1. HIDE THEIR READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD LACKING JURISDICTION AND
2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" OF ALL INCRIMINATING FILINGS;

Judge: HON RICHARD LEE
Hearing Date: ~~January~~ February 5, 2015
Time: 9:00 am
Place: US Bankruptcy Court
       1300 18th Street, Ste A
       Bakersfield, CA

**PLEASE NOTE:** The **DUTY TO REPORT MISCONDUCT** to the appropriate governing authorities is an ethical duty imposed on Judges, Attorneys etc in the United States by the rules governing professional responsibility. Acts constituting Misconduct which include tampering with evidence, suborning perjury and committing criminal acts of violence or dishonesty. Failure to report such crimes can result in disbarment, sanctions, impeachment etc.

---

PLAINTIFF-DEBTOR'S DECLARATION IN SUPPORT OF HER MOTION TO STOP DOCKET FRAUD BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

1

## DECLARATION OF SALMA AGHA-KHAN, MD

I, SALMA AGHA-KHAN, MD., declare as follows:

1. I am the Plaintiff in the above action.

2. I have personal knowledge of all the matters stated herein and if called to testify in a court of law, I would testify to same.

3. I was Debtor in Bankruptcy case # 10-16183 and I am Plaintiff in this case filed against Clement et al US District Court for the Central District of California, later removed to Federal Court Case No. CV 14-03490 FMO (CWx) entitled Agha-Khan vs. United States.

4. I have recently became aware of a lot of fraudulent acts committed by Defendant Judge Clement and Defendant Trustee Vetter acting in collusion with Defendant Attorneys Holder, Goldner, Tubesing and KDG Law Firm, under the legal umbrella of "Bankruptcy Proceedings" to benefit their "special friends" Defendants Breitman, BBG Ltd, Zouras, Chandler, Grossmans and Lerer Bros Inc. A detailed list of these acts is provided in recently filed Adversary Complaint.

5. This Motion is brought forth to immediately stop further DOCKET FRAUD being perpetrated by Defendants who have been altering legal documents pertaining to my Bankruptcy matters by creating new case number, misfiling documents under this new case number, mislabeling titles of hearings on transcripts and motions themselves with intent to defraud the Plaintiff and to support the grand theft felonies committed by these Defendants acting under color of official right using "Bankruptcy" as an excuse.

6. I have recently realized that the filing of ALL Bankruptcy matters has been **SHIFTED from the main Bankruptcy Docket Case No 10-16183 to the fraudulently created Docket using 13-01086.** Upon inspection it

PLAINTIFF-DEBTOR'S DECLARATION IN SUPPORT OF HER MOTION TO STOP DOCKET FRAUD BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

2

was realized that this fraudulent Docket has a start date of August 1, 2013 with NO MENTION OF ACTUAL BANKRUPTCY DATES

   FILED Date May 30, 2010,

   DISCHARGED September 23, 2010,

   ILLEGALLY REOPENED September 18, 2012

Thus the **ILLEGAL REOPENING OF BANKRUPTCY IS NOT READILY APPARENT TO INVESTIGATING AUTHORITIES** who just see a start date of August 1, 2013!!!

7. This **PROVES THAT ALL DEFENDANTS ARE EXTREMELY AWARE OF THEIR CRIMINAL ACTION OF ILLEGALLY REOPENING PLAINTIFF-DEBTOR'S BANKRUPTCY AND THE INNUMERABLE GRAND THEFTS PERPETRATED BY THESE FELONS UNDER THEIR "BANKRUPTCY" UMBRELLA!!**

8. This new docket number is also being used to hide motions, filings etc specifically submitted under the main bankruptcy Case No 10-16183 with their hearings, oppositions, Orders, Civil Minutes etc such as

 i) TWO MOTIONS FOR JUDICIAL DISQUALIFICATION,

 ii) MOTION FOR CHANGE OF VENUE

 iii) Plaintiff-Debtor's request for permission to bring legal action against Trustee and his Counsel which **APPEARED ONE MONTH AFTER FILING** in the Main Bankruptcy Docket 10-16183 under which it was filed as it had been kept hidden for an entire month in the fraudulent docket (Exhibit Z-F & Z-G)

9. This new Docket number is also being used to conduct illegal hearings, post notices in Plaintiff-Debtor's Bankruptcy matters which Defendants feel may go un-noticed and thus is being used to try and delay action as well as prevent Plaintiff-Debtor from responding and appearing.

PLAINTIFF-DEBTOR'S DECLARATION IN SUPPORT OF HER MOTION TO STOP DOCKET FRAUD BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

3

i) Notice to Plaintiff-Debtor to appear regarding Justification of STAY ON BANKRUPTCY PROCEEDINGS is POSTED AND BEING CONDUCTED UNDER THIS FRAUDULENT DOCKET created thru borrowing Adversary Proceeding number!! (Exhibits Z-H, Z-I, Z-J, Z-K & Z-L)

10. There are multiple **UNASSIGNED Doc Numbers left BLANK** with notation "Docket entry reserved for Internal Use….". **WHY? So that fraudulent documents can be inserted on a back dated basis?** (Exhibit Z-H, Blank/Missing Docs #s 156, 157, 159).

11. Since these frauds are occurring under the presiding Judge, he must be a part of this fraud. Thus **JUDGE LEE IS AN ACTIVE NON-DISCLOSED MEMBER OF JUDICIAL GANG!**

12. Evidence of some of these fraudulent documents are attached as Exhibits A to Z-L.

Executed under penalty of perjury on this 24 day of December, 2014 at Los Angeles, California.

                                               SALMA AGHA-KHAN, MD.
                                               Plaintiff-Debtor Pro Per

PLAINTIFF-DEBTOR'S DECLARATION IN SUPPORT OF HER MOTION TO STOP DOCKET FRAUD BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

4