

SALMA AGHA-KHAN, M.D.
10001 Venice Boulevard # 402
Los Angeles, California  90034
Telephone:  (949) 332-0330
email:     salmahagha@aol.com
**Plaintiff in Pro Se**

**FILED**

DEC 3 1 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**ISAF**

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT, BAKERSFIELD DIVISION

SALMA H. AGHA
an individual,

                              **Debtor,**

**Case No. 10-16183**
**Chapter 7**

**MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF
PLAINTIFF-DEBTOR'S MOTION TO
STOP CONTINUOUS DOCKET FRAUD
PERPETRATION BY DEFENDANTS
FRAUDULENTLY CHANGING
BANKRUPTCY DOCKET 10-16183 BY
FILING UNDER A NEW CASE
NUMBER 13-01086 TO**
**1. HIDE THEIR READILY APPARENT
   ILLEGAL BANKRUPTCY
   REOPENING FRAUD LACKING
   JURISDICTION AND**
**2. KEEP THE MAIN BANKRUPTCY
   DOCKET "CLEAN" OF ALL
   INCRIMINATING FILINGS;**

**Judge: HON RICHARD LEE**
**Hearing Date: ~~January~~  , 2015**
**Time: 9:00 am** FEBRUARY 5
**Place: US Bankruptcy Court**
**           1300 18th Street, Ste A**
**           Bakersfield, CA**

**PLEASE NOTE:** The **DUTY TO REPORT MISCONDUCT** to the appropriate

governing authorities is an ethical duty imposed on Judges, Attorneys etc in

the United States by the rules governing professional responsibility. Acts

constituting Misconduct which include tampering with evidence, suborning

perjury and committing criminal acts of violence or dishonesty. Failure to

report such crimes can result in disbarment, sanctions, impeachment etc.

MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF-MOTION TO STOP DOCKET FRAUD
BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY
APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY
DOCKET "CLEAN" FROM INCRIMINATING FILINGS

1

# **TABLE OF CONTENTS**

1. Local Rule 7-19                                          Pg 3

2. FRCP 60                                                  Pg 30

3. Rule 59 (b)                                              Pg 30

4. Federal Rules of Bankruptcy Procedure Rule 9005         Pg 31

5. FRCP 61                                                  Pg 31

**MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF-MOTION TO STOP DOCKET FRAUD BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS**

2

# **MEMORANDUM OF POINTS AND AUTHORITIES**

Salma Agha-Khan, MD., Plaintiff-Debtor in Pro Per herein, submits the following Memorandum of Points and Authorities in compliance with Local Rule 7-19 that following **illegal reopening of her Bankruptcy lacking jurisdiction**, these Defendants have been **altering Court Records to hide evidence of their illegal actions, LEGAL VIOLATIONS, VIOLATION OF BANKRUPTCY LAWS, CIVIL RIGHTS VIOLATIONS,** perpetration of HATE CRIMES against MINOTITY COLORED WOMAN, **culminating in innumerable GRAND THEFT FELONIES committed by all Defendants in collusion who**

1. **CREATED** a "**new**" case number 13-01086 borrowed from Adversary Proceedings being used instead of main Bankruptcy Case No 10-16183 for hiding critical notices, documents etc which are evidence of Defendants fraud in Plaintiff's Bankruptcy matters since August 1 , 2013 and keeping the main docket "**CLEAN**". Few examples are

   a. TWO motions requesting Judicial Disqualification of Defendant Judge Clement from Plaintiff's Bankruptcy Case with Judge Clement refusing to disqualify himself despite Judicial Misconduct Proceedings and a lawsuit being filed against him.

   b. Plaintiff trying to change the venue of her Bankruptcy case from Bakersfield to Los Angeles – disallowed by Defendant Judge Clement

   c. **Most recently** -Order to show cause pertaining to STAY placed on Plaintiffs Bankruptcy buried in Adversary Proceedings – **WHY** when the stay is not limited to Adversary Proceedings?

2. **MISFILED motions etc to delay action from Plaintiff** caused by hiding of critical documents/incriminating evidence in Plaintiff's Bankruptcy matters under this incorrect created "**new**" case number of **13-01086** (Exhibit B) instead of correctly filing them under the original Bankruptcy Number of **10-16183** (Exhibit A)

   a. Plaintiff asking for permission to bring legal action against Defendant Trustee Vetter and his Counsel and Motion to shorten time to its hearing **KEPT HIDDEN FOR ONE MONTH** in this fraudulently created Docket before it mysteriously **APPEARED** in the main docket with its **strategic DISMISSAL** (September 10, 2014 to October 10, 2014) Doc #s 133-135.

3. **MISREPORTED** titles in all Defendants submissions approved by Defendant Judge Clement contrary to the actual content of their filings and their intent as to the proceedings requested. For example

   a. Defendants fraudulently asking for an "**Application for Order Authorizing Trustee to Employ Attorneys Effective September 13, 2012**", filed November 8, 2012, instead of the actual "**NOTIFICATION of Employment of Attorneys since September 13, 2012**", PREDATING

   i) The "case" itself, reopened on September 18, 2014 and

   ii) Trustees appointment to this case on September 19, 2012.

4. **MISLABELED** Court Hearing Transcript tiles to hide evidence of Defendants criminal behavior where title of motion was distinct from content of the motion itself, not to mention all the lies contained within these filings stated under oath. For example

a. Defendants fraudulently asking for an "**Order Authorizing the Sale**" instead of their criminal intent of actually "**selling**" Plaintiffs properties stolen from her by force – **keeping proceedings HIDDEN** from Creditor/investigator etc that may be interested

5. **PREVENTED** transcribing of Court proceedings so that these were not available to the Plaintiff for over ONE MONTH and even REDACTED in some instances – till the transcribing company had to be threatened by Plaintiff with involving them in her Federal Lawsuit with other Defendants unless she got the paid for transcripts

6. **SHIFTED** the filing of legal documents from Main Bankruptcy Docket 10-16183 to fraudulently created "new" docket as this new docket has a start date of August 1, 2013 WITHOUT the entire Bankruptcy register of dates which immediately shows they **lacked jurisdiction**

   i) Filing of Petition May 30, 2010

   ii) Discharge September 23, 2010

   iii) Reopening September 18, 2012 (OVER TWO YEARS AFTER FILING FOR RELIEF AND OVER ONE YEAR AFTER DISCHARGE)

7. **RESERVED** BLANK DOC NUMBERS with a note stating "Docket Entry reserved for internal use…" Indeed so that fraudulent filings may be "internally" slipped-in/inserted quietly at a later dated (Exhibit Z-H Doc # 156, 157 & 159)

Thus **DEFENDANTS ARE WELL AWARE OF ALL THEIR CRIMINAL ACTS, FRAUDS, GRAND THEFTS ETC THEY HAVE COMMITTED AND ARE TRYING TO HIDE THE EVIDENCE!!**

////

MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF-MOTION TO STOP DOCKET FRAUD BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

5

**QUESTION: HOW DEEP IS THE LEVEL OF CORRUPTION IN THIS COURT EXTENDING FROM JUDGES TO FILING CLERKS???**

**DOCKET FRAUD** has been occurring since the day the fraudulent motion to illegally reopen Plaintiff's Bankruptcy was filed on September 13, 2012.

The names and contact information for each counsel known to the Plaintiff in pro per are as follows:

David J. Cooper
Connie J. Parker
Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP
4550 California Avenue
Second Floor
Bakersfield, CA  93309
(661)  395-1000
(661) 326-0418  facsimile
dcooper@kleinlaw.com
cparker@kleinlaw.com

Andrew A. Bao
Heather S. Kim
Brian Gunn
Wolfe & Wyman LLP
2175 N. California Blvd, Suite 645
Walnut Creek, CA 94596-3502

Brian Paino
Eddie R. Jimenez
Pite Duncan LLP
4375 Jutland Drive, Suite 200
P. O. Box 17933
San Diego, CA 92177

///
///
///
////

MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF-MOTION TO STOP DOCKET FRAUD BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

6

# I.   STATEMENT OF FACTS

THIS ENTIRE ILLEGAL REOPENING OF PLAINTIFF-DEBTORS BANKRUPTCY LACKING JURISDICTION HAS BEEN ABOUT

A. AFFORDING AN OPPORTUNITY FOR DEFENDANTS GOLDNER AND HIS KDG LAW FIRM TO AVENGE THEIR PREVIOUS SERVICE RELATED IN-OFFICE MALPRACTICE CLAIM SETTLEMENT OF ABOUT $30,000.00 THAT PLAINTIFF-DEBTOR HAD FORCED THEM INTO IN 2006

B. ENABLING DEFENDANTS BREITMAN AND BBG LTD TO WALK AWAY ROM A POTENTIAL MULTI-MILLION DOLLAR LAWSUIT SETTLEMENT/JUDGMENT WHERE PRECDENCE LAWSUIT HAD A JUDGMENT OF $700,000.00


ALL DEFENDANTS COLLUDED AND CONSPIRED WITH EACH OTHER UNDER THE DIRECTION OF MAIN CULPRETS, GOLDNER, BREITMAN, BBG LTD, ZOURAS, CHANDLER, GROSSMANS AND LERER BROS IN AN ON-GOING PROLONGED SERIES OF COUNTIOUS WELL PLANNED AND WELL THOUGHT OUT SERIES OF FRAUDS COMMITTED UNDER COLOR OF OFFICIAL RIGHT USING FORCE WITH EXTREME OBSTRUCTION OF JUSTICE AGAINST PLAINTIFF-DEBTOR, A MINORITY WOMAN AS DESCRIBED BELOW


DEFENDANTS BREITMAN, BBG LTD, ZOURAS, CHANDLER, GROSSMAN, LERER BROS IN COLLUSION WITH ATTORNEYS HOLDER, GOLDNER AND KDG LAWFIRM PLANNED THE CRIMES TO

MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF-MOTION TO STOP DOCKET FRAUD BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

7

**STRATEGICALLY RECRUIT OTHERS SO THEIR CRIMES CAN BE EXECUTED FLAWLESSLY – AS THE HAVE COMMITTED THESE CRIMES OVER AND OVER AGAIN WITH NUMEROUS UNSUSPECTING CITIZENS.**

**NOTE:** **Defendant Breitman has been involved in OVER ONE HUNDRED LAWSUITS in his life time so far.**

**OTHER "RECRUITS" INCLUDED DEFENDANTS JUDGE CLEMENT, JUDGE LEE, US TRUSTEES VETTER, LANDIS, POPE AND THEIR ATTORNEYS TUBESING AND POWELL, KDG LAW FIRMS CLIENT CITI BANK AND ITS SUBSIDIARIES CITI MORTGAGE, CR TITLE INC, WILMINGTON TRUST COMPANY AND THEIR REPRESENTING ATTORNEYS/FRIENDS AND THEIR LAW FIRMS  BAO, KIM, GUNN, WOLFE & WYMAN LLP, KRAHENBUHL, KUMMER, MONAHAN, JIMINEZ, PAINO, PITE DUNCAN LLP, CARLSON, TERRY CARLSON LAW, AS WELL AS REAL ESTATE COMPANY REMAX HOLDINGS INC, REMAX LLC, REMAX MAGIC, BANDUCCI. And after Defendant Judge Clement was recused, then Judge Lee became the "latest recruit".**

## SYNOPSIS OF  ILLEGAL ACTIONS OF ALL DEFENDANTS

All these corrupt Defendants together PERFECTLY EXECUTED THEIR PLAN WITH EACH DEFENDANT ACTING THEIR PART ACCORDING TO THE LEGAL POSITION THEY HELD - donning their cloaks of Bankruptcy Judge, Bankruptcy Trustee and Attorneys etc.

Thus this entire scam comprised of the following STEPS executed by all these Defendants colluding/conspiring together

MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF-MOTION TO STOP DOCKET FRAUD BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

8

i) **CONNECTING**

ii) **CONCOCCTING THE SCHEME**

iii) **PLANNING THE GRAND THEFTS**

iv) **RECRUITING THE PLAYERS**

v) **ILLEGALLY REOPENING PLAINTIFF'S BANKRUPTCY LACKING JURISDICTION**

vi) **ILLEGAL AMBUSHED HIRING OF AVENGING ATTORNEYS BY TRUSTEE IGORING SEVERE OF INTEREST**

vii) **DEFENDANT JUDGE CLEMENT ISSUING ORDERS ON THIRTEENTH DAY AFTER FILING OF NOTICED MOTION**

viii) **DEFENDANT JUDGE CLEMENT FORBIDDING FILING OF WRITTEN OBJECTIONS**

ix) **DEFENDANT JUDGE CLEMENT REPEATEDLY THREATENS PLAINTIFF WITH PHYSICAL VIOLENCE ON RECORD**

x) **FLAWLESS CONDUCTION OF FRAUDULENT BANKRUPTCY PROCEEDINGS IN FULL KNOWLEDGE OF ALL DEFENDNATS**

xi) **EXECUTION OF MULTIPLE GRAND THEFTS**

xii) **DEFENDANT JUDGE CLEMENT NOT ALLOWING PLAINTIFF-DEBTOR TO SPEAK ON HER OWN BEHALF YET INVITING BYSTANDERS TO OFFER THEIR OPIONS ON THE CASE**

xiii) **DEFENDANT JUDGE CLEMENT ALLOWING AND NOT STRIKING ILLEGAL SUBMISSIONS IN PLAINTIFF'S BANKRUPTCY CASE FROM UNRELATED INDIVIDUALS**

xiv) **DEFENDANT JUDGE CLEMENT HIMSELF REFUSING LUCRATIVE OFFERS ON BEHALF OF TRUSTEE**

xv) **DEFENDANT JUDGE CLEMENT FAVORING THE DEFENDANT BUYER BY LOWERING SALE PRICE FROM FINAL BID PRICE**

xvi) **DELIVERY OF STOLEN GOODS TO THE ILLEGAL BUYERS**

MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF-MOTION TO STOP DOCKET FRAUD BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

9

MAKING THEM BOTH PLAINTIFF'S AND DEFENDANTS IN SAME CASE TO GET THE CASE DISMISSED

xvii) **STEALING PLAINTIFFS PRIMARY RESIDENCE TO RENDER HER AND HER CHILDRENS HOMELESS**

xviii) **JUSTIFYING INNUMERABLE VIOLATIONS OF BANKRUPTCY LAWS INCLUDING VIOLATIONS OF AUTOMATIC STAY – WILFUL AND INTENTIONAL**

xix) **STEALING PLAINTIFF AND HER CHILDRENS BELONGINGS FROM THEIR PRIMARY RESIDENCE WITHOUT ANY NOTICE**

xx) **ILLEGALLY WITH-HOLDING PLAINTIFF'S BELONGINGS FOR ONE AND A HALF YEAR**

xxi) **STALKING THE PLAINTIFF IN HER OTHER BUSINESS VENTURES**

xxii) **PERPETRATING DOCKET FRAUD – AN ATTEMPT TO HIDE ALL INCRIMANTING DOCUMENTS FROM INVESTIGATING AUTHORITIES**

xxiii) **TRYING TO "SHIFT" ALL BANKRUPTCY PROCEEDINGS TO THEIR NEWLY CREATED CASE NO 13-01086 WITH "FILE DATE AUGUST 1, 2013 TO HIDE THE ILLEGAL REOPENING OF BANKRUPTCY WHICH IS READILY APPARENT IN MAIN BANKRUPTCY DOCKET**

**a. FILED MAY 30, 2010,**

**b. DISCHARGED SEPTEMBER 23, 2010**

**c. ILLEGALLY REOPENED SEPTEMBER 18, 2012**

THESE CORRUPT DEFENDANTS WHICH INCLUDE FEDERAL JUDES, ATTORNEYS AND US TRUSTEE OFFICERS IGNORED ALL LAWS, LEGALITIES, DUE PROCESSES ETC WHILE COMMITTING

**FRAUD, PURGERY, OBSTRUCTION OF JUSTICE, GRAND THEFTS ETC DURING THIS ENTIRE FRAUDULENT PROCESS OUTLINED HERE AND DETAILED IN ADVERSARY COMPLAINT FILED CONCURRENTLY**

## II.    PURPOSE OF DOCKET FRAUD

**PURPOPSE** of this intentional "**misreporting**", "**mislabeling**" and "**misfiling**" under a "**new**" case number was

1. to maintain a "**clean**" harmless main docket 10-16183 (Exhibit A), yet continue to log filings in a separate location (13-01086), unsuspected by all involved other than the perpetrators themselves

2. **delay action** from Plaintiff and may even cause some such illegal hearings to be missed

3. **conduct "illegal" processes as "legal" actions** keeping their criminal acts hidden from investigating authorities

4. **hide** critical documents implicating the legal officers such as Judge, Attorneys, Trustee etc – Members of Judicial Gang

5. **shift** the Bankruptcy proceeding docket to the new fraudulently created docket to hide the Bankruptcy dates which readily show that all proceedings being conducted are FRAUDULENT as BANKRUPTCY WAS REOPENED LACKING JURISDICTION

6. **reserve blank doc numbers** so that illegal documents may be slipped in unnoticed on an as needed basis

7. **JUDICIAL GANG crimes appear much less ominous** under adversary proceedings against a Defendant instead of the felonies perpetrated by presiding Judge, Trustee and their attorneys.

MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF-MOTION TO STOP DOCKET FRAUD
BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY
APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY
DOCKET "CLEAN" FROM INCRIMINATING FILINGS

11

## III. **METHODS USED WITH DETAILS OF DOCKET FRAUD**

### A.   **CREATION OF NEW CASE NUMBER 13-01086**

The Defendants have fraudulently and intentionally "**CREATED**" a "**new**" case number 13-01086, borrowed from Adversary Proceeding, to file hide and conduct illegal proceedings in Plaintiff's Bankruptcy matter (10-16183) which serve as incriminating evidence against Defendants since August 1, 2013. FRAUDS conducted in this manner have been going on for OVER ONE YEAR.

### B. **SHIFTING OF BANKRUPTCY DOCUMENT FILING TO THE "NEW" NUMBER SO THAT BANKRUPTCY DATES SHOWING ILLEGAL REOPENING ARE NOT READILY APPARENT**

**SHIFTED** the filing of legal documents from Main Bankruptcy Docket 10-16183 to fraudulently created "new" docket 13-01086 as this new docket has a start date of August 1, 2013. Thus the entire Bankruptcy register of dates which immediately shows the Bankruptcy reopening as **ILLEGAL** as it **lacked jurisdiction** is NOT SHOWN

i)  Filing of Petition May 30, 2010

ii) Discharge September 23, 2010

iii) **ILLEGAL REOPENING** September 18, 2012 (OVER TWO YEARS AFTER FILING FOR RELIEF AND OVER ONE YEAR AFTER DISCHARGE)

### C. **MISFILING OF BANKRUPTCY MATTER DOCUMENTS**

The Defendants have intentionally and fraudulently, for OVER ONE YEAR. "**MISFILED**" Plaintiff's Bankruptcy matter documents under the new

case number they had created to "**hide**" these documents under is deliberate and intentional.

The Defendants **first** showed these critical documents to be "**REDACTED**" under the correct original Bankruptcy case number **10-16183** (Exhibit A).

The Defendants than after a period of several months made these "**REDACTED**" documents appear under the "**new**" case number, **13-01086** (Exhibit B), "**borrowed**" from the Adversary Proceedings but created as a separate case entity entirely.

**PLEASE NOTE:** the first adversary proceeding brought against Defendant CitiMortgage et al is listed under both case numbers (Exhibit U: *Correctly AND Incorrectly filed Adversary Proceeding against CitiMortgage **Doc #115** under original Bankruptcy # 10-16183 **and Docs #1-5** under new Case #13-01086*) where the "new" case number is hand written under the typed Bankruptcy number on this submission under which this document was filed by the Plaintiff. The $293.00 filing fee was waived by these Defendants in their pathetic and desperate attempt at creating this new case number for hiding incriminating evidence against them.

**PURPOSE** of this intentional **"misfiling"** of Dockets under a "**new**" case number by the Defendants to fraudulently "**hide**" these critical motions, Defendants actions, responses and orders pertaining to these motions were all **intentional frauds performed under the legal umbrella of Bankruptcy** to achieve the following results

i) These documents are **not readily visible** to the investigating authorities who see a "**clean**" docket list under the original

Bankruptcy number and think "there must be a mistake in filing of complaint". (Exhibit A & B: *Two Docket Lists showing TWO Case numbers for filing Plaintiff's Bankruptcy matters*) & (Exhibit U: *Correctly AND deliberately Incorrectly filed Adversary Proceeding Doc #115 under original Bankruptcy # 10-16183 and Docs #1-5 under new Case #13-01086*)

ii) **Defendants dirty list of deeds, incriminating evidence is buried** under the "new" case number which effectively "**hides**" the main culprit, Defendant Judge Clement himself as this entire case

iii) **Plaintiff's attempt at exposing these criminals and their felonies** in the form of Motions documenting Judicial Misconduct etc **appear to be part of a relatively benign Adversary Proceeding against CitiMortgage** (Exhibit B: *"NEW" case number Docket List*) & (Exhibit W: *Reply to Correctly filed Adversary Proceeding Doc #115 in under "NEW" case number as Doc#9&11 of 13-01086*)

iv) Also **any future disqualification** of Defendant Judge Clement will not affect his standing in the ENTIRE FRAUDULENTLY REOPENED BANKRUPTCY LACKING JURISDICTION as it will be **LIMITED TO THIS ADVERSARY PROCEEDING** against CitiMortgage (Exhibit V), but this was not accomplished

## D. <u>MISLABELED TITLES ON COURT PROCEEDING TRANSCRIPTS</u>

The Defendants fraudulent, deliberate and intentional "**<u>MISLABELING</u>**" of Titles on Court Proceeding Transcripts effectively misguides regarding the purpose of the hearing and lies about the actual

Court Proceedings contrary to the evidence contained in these transcripts.

**EXAMPLE**: Defendants repeated fraudulent asking for an **"Order Authorizing Sale"** instead of **"Order to CONDUCT THE SALE** WITH IMMEDIATE ON-SITE BIDDING"**, the real reason for that hearing and all Motions submitted leading to that hearing, which is the transcribed supporting evidence therein.

**PURPOSE** of this fraudulent intentional **"mislabeling"** of titles  on all transcribed court proceedings and all associated pertinent filings is to MISLEAD as to the **real reason for the hearing/filing** and as to **what was actually proposed and heard in the related Court hearing.** The Defendants thus achieved the following goals

i) The Defendants **"camouflaged" their grand theft felony carried out using Bankruptcy as means to an end,** thus their execution of this grand fraud of Bankruptcy which enabled them to steal Plaintiffs properties using force under color of official right, was effectively covered up. These Defendant robbers ignored every Rule of Bankruptcy including their collusion as to preplanning of this scheme to commit robbery when they lacked jurisdiction as to the reopening of Bankruptcy, lied to fraudulently claim Plaintiff's properties as assets, lacked notifying Creditors, failed to post a notice of sale and the list of frauds goes on and on.

ii) The Defendants kept their **schemed grand theft felony "invisible and hidden" from all Creditors** and investigating authorities who just see a **"clean"** docket list under the original Bankruptcy number and think "there must be a mistake in filing of the complaint". Thus

they have **no idea** how these Defendant thieves TREACHEROUSLY EXECUTED ACTUALLY THEIR PLANNED THEFT IN THE BANKRUPTCY COURT IN THE NAME OF BANKRUPTCY

iii) The Defendants **kept Creditors from pursuing and purchasing these assets,** these Defendants had illegally stolen from Plaintiff. Thus the **grand theft felony was kept a "Private Event"** by Defendants KDG, Goldner, Holder, Defendant Trustee Vetter, Defendant Judge Clement **to benefit their "special friends"** Defendants Breitman and BBG Ltd.

## E.  MISREPORTING OF TITLES ON DEFENDANTS MOTIONS ETC

Defendants deliberate "**MISREPORTING**" of Titles with regards to the actual content of their filings and their intent as to the proceedings requested , making those proceedings NULL AND VOID.

**EXAMPLE:** Defendants fraudulently asking for an "**Application for Order Authorizing Trustee to Employ Attorneys Effective September 13, 2012**", filed November 8, 2012, instead of the actual "**NOTIFICATION of Employment of Attorneys since September 13, 2012**", PREDATING Trustees appointment to this case on September 19, 2012.

**PURPOSE** of this fraudulent intentional "**misreporting**" of titles by Defendants  on all their filing and the stated requests is to MISLEAD as to the **real reason for the filing** and as to **their actual intended actions proposed in that document.** The Defendants thus achieved all the goals described above under item 1-3.

### F. <u>LEAVING SCATTERED DOCKET NUMBERS BLANK, LISTED AS</u> <u>"RESERVED FOR INTERNAL USE" SO THAT ILLEGAL DOCUMENTS</u> <u>MAY BE SLIPPED IN UNNOTICED</u>

**RESERVED** BLANK DOC NUMBERS with a note stating "Docket Entry reserved for internal use…" Indeed so that fraudulent filings may be "internally" slipped-in/inserted quietly at a later dated (Exhibit B Doc # 55, 66 & 67) and  (Exhibit Z-H Doc # 156, 157 & 159). Notice no Doc numbers are MISSING or OUT OF SYNC in 10-16183.

Thus **DEFENDANTS ARE WELL AWARE OF ALL THEIR CRIMINAL ACTS, FRAUDS, GRAND THEFTS ETC THEY HAVE COMMITTED AND ARE TRYING TO HIDE THE EVIDENCE!!**

<u>**QUESTION: HOW DEEP DOES THE LEVEL OF CORRUPTION RUN IN THIS COURT EXTENDING FROM JUDGES TO THE FILING CLERKS???**</u>

### IV.   <u>LIST OF SOME MISFILED AND MISLABELED, DOCUMENTS</u>

Kindly note that all the Motions listed below were filed under the correct original Bankruptcy Number of **10-16183** (EXHIBIT A), heard under correct Bankruptcy Case No 10-16183 with orders provided under the same Bankruptcy case number 10-16183 but yet intentionally "**misfiled**" under the **new** Case number **13-01086** (EXHIBIT B).

i) CitiMortgage et al **REPLY Docs #9 & 11** to Plaintiffs Motion regarding complaint of violation of automatic stay with her illegal lockout on her Primary Residence 11622 Harrington Street Bakersfield, CA 93311 is "**misfiled**" under the "**new**" number

(Exhibit C) while the original motion was filed **UNDER BOTH CASE NUMBERS – <u>SHIFTING OF CASE TO NEW NUMBER HAS BEGUN</u>**

    a. correctly filed under original Bankruptcy Number Doc #115 (Exhibit V1) and **ALSO**

    b. incorrectly filed under new case number Docs #1-5 (Exhibit V2)

ii) Plaintiff's **first Motion for Judicial Disqualification** based on Judicial Misconduct Complaint. New Case Doc #30. Filed October 22, 2013  (Exhibit D)

iii) Defendant Judge Clement's actions in response to this First Motion for his Disqualification including his

    a. STAY on this Motion filed October 24, 2013  New Case Doc #31 appears AFTER Doc #34-36 (Exhibit E & B)

    b. DENIAL of this Motion filed December 17, 2013. New Case Doc #44  (Exhibit F)

    c. Defendant Judge Clement's Memorandum Decision regarding his denial of this first Motion for his Disqualification filed December 17, 2013  New Case Doc #45 (Exhibit G)

iv) Plaintiff's Motion for change of venue for hearings of her illegally reopened Bankruptcy case from Bakersfield to Los Angeles, California in an attempt to separate herself from these "**stalkers**" with "**killer instincts**" filed November 19, 2013 New Case Doc #37 (Exhibit H)

v) Defendant Judge Clement's **STAY** of this Motion for change of venue of Salma Agha-Khan, MDs bankruptcy proceedings from Bakersfield to Los Angeles, giving placement of stay on Bankruptcy proceedings as his reason for this refusal. Filed November 20, 2013 New Case Doc #39 (Exhibit I)

vi) Plaintiff's Motion for **vacating illegal lock-out** of Salma Agha-Khan, MD and her two children from their home/Primary Residence of ten plus years - an act of **willful violation of automatic stay** of Bankruptcy. New Case Doc #42 (Exhibit J) Filed December 9, 2013

vii) Plaintiff's Motion for **shortening the time for hearing** of Motion **vacating illegal lock-out** of Salma Agha-Khan, MD and her two children from her home/Primary Residence of ten plus years, in **violation of automatic stay** of bankruptcy. New Case Doc #43 Filed December 9, 2013 (Exhibit K)

viii) Defendant Judge Clements Order **scheduling the hearing date** on the Motion for vacating illegal lock-out of Salma Agha-Khan, MD from her home/Primary Residence of ten plus years, an act performed while her bankruptcy was still open. New Case Doc #46 Filed December 17, 2013 (Exhibit M)

ix) Defendant Judge Clement's Order **now lifts the same stay on Plaintiff Bankruptcy Proceedings which previously he had used as an excuse to prevent Plaintiff from changing her venue from Bakersfield to Los Angeles,** so he can rule on the Motion for vacating illegal lock-out of Salma Agha-Khan, MD and her two children from their home/Primary Residence of ten plus years, an act performed while her bankruptcy was still open. New Case Doc #47 Filed December 17, 2013 (Exhibit L)

x) Plaintiffs Second Motion for Judicial Disqualification based on lawsuit filed against Defendant Judge Clement in another attempt to remove Defendant Judge Clement from Salma Agha-Khan, MDs Bankruptcy

case and its proceedings (Summons and lawsuit were attached to this motion) filed February 11, 2014 New Case Doc #59 (Exhibit N)

xi) Plaintiff's Motion to shorten the time for Defendant Judge Clement to Disqualify himself in support of second Motion for his Disqualification. New Case#, Doc #60 filed February 11, 2014 (Exhibit O)

xii) Defendant Judge Clement's Order **scheduling a next day hearing** on Motion to shorten the time for him to Disqualify himself from Salma Agha-Khan, MDs Bankruptcy case and its proceedings filed New Case # Doc # 63. Filed February 11, 2014 (Exhibit P)

xiii) Defendant Judge Clement's CIVIL MINUTES regarding his **DENYING** the second attempt at his **Judicial Disqualification** based on lawsuit filed against him, **same minutes with TWO Docs #64 & 65 showing different titles while NO ORDER HAS BEEN ENTERED!** Also there are TWO DOC # 66 & 67 LEFT EMPTY with a this note "Docket Entry Reserved for Internal Use"! New Case # Doc # 64&65. Filed February 12, 2014 (Exhibit Q & B)

xiv) Defendant Judge Clement's Order **DENYING** Plaintiff's Motion for **vacating illegal lock-out** of her and her two children from their home/Primary Residence of ten plus years. Defendant Judge Clement's desperate need and excessive insistence on wanting to rule on Plaintiffs illegally reopened Bankruptcy case is so evident that he even **lifts the stay** on Plaintiffs Bankruptcy proceedings to rule on this case against her and against Bankruptcy Laws knowing that the illegal lockout was **willful violation of Bankruptcy's automatic stay**. New Case # Doc # 70. Also note that Docket

number sequence is mixed up Filed February 12, 2014 (Exhibit R & A)

xv) Permission to bring legal action against Defendant Trustee which involves the Bankruptcy but is "**hidden**" in new case number so Bankruptcy docket remained "**clean**" (Exhibit S, Z-C & Z-D)

xvi) Defendant Judge Clement "**recusal**" is again "**hidden**" in new case number so Bankruptcy docket is still "**clean**". Also giving the impression that his removal is just from CitiMortgage case and is not related to illegally reopened Bankruptcy proceedings Doc #115 (Exhibit T, Z-C & Z-D)

xvii) Following Defendant Judge Clement "**recusal**" the appointment of a new Judge is again "**hidden**" in new case number so Bankruptcy docket is still "**clean**". Also giving the impression that his removal is just from CitiMortgage case and is not related to illegally reopened Bankruptcy proceedings Doc #117 (Exhibit U, Z-C & Z-D)

## V.    LIST OF SOME CLEAN CORRECTLY FILED DOCUMENTS

The only **kosher documents** appearing under the correct Bankruptcy case number 10-16183 are

i) Adversarial Proceedings filed by Plaintiff Salma Agha-Khan, MD., against CitiMortgage Inc, CR Title Services Inc, Wilmington Trust Company, filed August 1, 2013 Doc #115 (Exhibit V, V1 & V2)

ii) Defendant Judge Clements Order **stay on Bankruptcy Proceedings** of Salma Agha-Khan, MD filed October 18, 2013 Doc #117 (Exhibit W)

MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF-MOTION TO STOP DOCKET FRAUD
BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY
APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY
DOCKET "CLEAN" FROM INCRIMINATING FILINGS

21

iii) Defendant Judge Clements **Amended Order of stay** placed on Bankruptcy Proceedings of Salma Agha-Khan, MD filed July 22, 2013, Doc #119 (Exhibit X) this being the same document as in ii) above

## VI.    LIST OF MISLABELED TITLES OF TRANSCRIPTS OF COURT PROCEEDINGS AND DOCUMENTS

Defendants intentional **"mislabeling"** of Titles in Transcripts of Court Proceedings and **"misreporting"** of Titles of their Motions etc pertaining to these hearings is yet another attempt of Defendants to **"hide"** their **grand theft evidenced by WHAT ACTUALLY HAPPENED IN THE COURT ROOM,** confirmed in the transcribed contents of these documents.

Below is a list of some of these documents submitted as evidence of Defendants intent to deceive with criminal obstruction of justice

i) Transcript of Hearing regarding Sale of Plaintiff's property stolen from her by Defendants KDG, Holder, Goldner, Defendant Judge Clement and Defendant Trustee Vetter held December 18, 2012. Original Case Doc#85 (Exhibit Y & A)

   a. **"Misleading" Transcript Title as to the Title of request for this hearing:** "Motion to Sell" instead of "Motion for Authorizing Sale", the actual title of motion in Doc #78 (Exhibit A)

   b. **"Misleading" Transcript Title as to the actual proceeding**: "SALE" without CREDITORS but with a specially notified eager "DEFENDANT-BUYER" wanting to buy the "asset" naming him and his company BBG Ltd as Defendants, sitting in the Court room and his Counsel on the phone

ii) Transcript of Hearing of Sale of Plaintiff's property stolen from her by Defendants acting under color of official right, sold to their "**special friends**" Defendants Breitman and  BBG Ltd who were Defendants in that same lawsuit being fraudulently called an asset,  held January 23, 2013. (Exhibit Z)

    a. "**Misleading" Transcript Title of this hearing:** Transcript Title reads

      -"Motion to Employ Lisa Holder" - who is already employed, with her ambushed "employment" predating Trustees appointment (Exhibit A: Doc #72)

      -"Motion to Sell" when Motion being heard according to the requesting Motions was "Authorizing Sale"  (Exhibit A: Doc #78)

    b. "**Misleading" Transcript Title as to the actual proceedings**: Transcript title reads "Motion to Sell" when a "SALE WITH ON-SITE BIDDING" was conducted in favor of Defendants "special friends". This "SALE WITH BIDDING" was known to take place as Plaintiff was asked to bring a Cashier's check as deposit and an eager "Buyer" who was also DEFENDANT IN THAT SAME LAWSUIT BEING SOLD AS ASSET was sitting in the Court room DEVOID OF CREDITORS!!

    c. "**Misleading" Transcript Title HIDING the Actual Court Proceedings: "SALE" with "SCAMMED" organized bidding where Defendant Judge Clement himself**

      **-Refused to let Plaintiff speak on her own behalf after she dismissed her attorney**

**-Threatens the Plaintiff with physical violence repeatedly**

**-Acknowledges the "special notification of SALE" sent to his "special friends"**

**-Acknowledges that NO NOTICE OF SALE WAS POSTED OR SENT TO CREDITORS**

**-Himself refuses a much more lucrative offer from Plaintiff on behalf of Defendant Trustee**

**-Lowers he sale price from final bid price in favor of his "Special Friends"**

**-And much, much more**

iii) Transcript of Hearing held on January 9, 2014 regarding ExParte Motion to Vacate (illegal) lockout of Plaintiff from her Primary Residence of ten plus years as willful violation of Automatic Stay

a. **"Misleading" Transcript Title:**

**-from Personal Copy obtained directly from Wood & Randall:** No 10-16183 (Exhibit Z-A)

**-from Doc#82 March 13, 2014,** where **number of Docket is too far   out** as a lot of motions etc have happened since the hearing and its **OVER TWO MONTH DELAYED IN FILING: No Lies here** (Exhibit B)

b. **"Misleading"/Irregularities of Docket Title: An Order itself with Doc # of this hearing DOES NOT EXIST**

-March 13, 2014: Doc #82 where **number of Docket is too far out** as a lot of motions etc have happened since the hearing and its **OVER TWO MONTH DELAYED IN FILING: with No mention**

**of REGARDING WHAT!!** (Exhibit B)

-January 13, 2104: BLANK DOCKET stating "Docket entry reserved for internal use"

-January 14, 2014: Doc #56 CIVIL MINUTE ORDER/ORDER TO CONTINUE HEARING re Doc #42

**-Notice of REDACTION**

iv) Transcript of Hearing held on February 12, 2014 regarding continuance from January 9, 2014 of

-ExParte Motion to Vacate (illegal) lockout of Plaintiff from her Primary Residence of ten plus years as willful violation of Automatic Stay

-Disqualify Defendant Judge Clement

a. **"Misleading" Transcript Title:**

**-from Personal Copy obtained directly from Wood & Randall:** N0 10-16183 (Exhibit Z-B)

**-from Doc#84 filed March 13, 2014, where number of Docket is again too far out** as a lot of motions etc have happened since the hearing and its **OVER ONE MONTH DELAYED IN FILING:** (Exhibit B)

b. **"Misleading"/Irregularities of Docket Titles: An Order itself with Doc # of this hearing DOES NOT EXIST**

-March 13, 2014: Doc # 84 where **number of Docket is again too far out** as a lot of motions etc have happened since the hearing and its **OVER ONE MONTH DELAYED IN FILING: Transcript regarding hearing held 2/12/14 with No mention**

**of REGARDING WHAT!!** (Exhibit B)

-February 12, 2104: **Doc # 64:** CIVIL MINUTES-- Hearing Held/Concluded Re:42.....DENIED (Entered 2/17/2014)

-February 12, 2104: **Doc # 65:** CIVIL MINUTES-- Hearing Held/Concluded Re:59.....DENIED (Entered 2/17/2014)

-February 18, 2104: TWO BLANK DOCKETS stating "Docket entry reserved for internal use"

-February 18, 2104: Doc #68 CIVIL MINUTE ORDER DENYING #59.......(Entered 2/19/2014)

-February 18, 2104: Doc #70 CIVIL MINUTE ORDER DENYING #42.......(Entered 2/19/2014)

**-Notice of REDACTION**

## VII.  INTENTIONAL OBSTRUCTION WITH TRANSCRIBING CAUSING UNUSUAL DELAY IN POSTING OF DOCUMENTS

An intentional obstruction caused by Defendants to transcribing these hearings held on January 9, 2014 and February 12, 2014. Despite repeated phone calls and emails we were UNABLE to obtain a transcribed copy of these hearing after I was told that "other two hearings on February 12, 2014 had been transcribed a long time ago" by the person at Wood and Randall Court Transcribing Service who was also not sure why my hearings were not yet transcribed.

To overcome this intentional obstruction I had to attach copies of this lawsuit and threaten the transcribing service with their inclusion in the lawsuit if I did not get my copies ASAP.

I finally got my transcribed hearing copies on March 13, 2014 over **TWO MONTHS AFTER** January 9, 2014 hearing and **OVER ONE MONTH AFTER** February 12, 2014 hearing (Exhibit Z-E). I wonder **WHO WAS STOPPING** transcription of these hearings and **WHY?**

## VIII.   MOST RECENT DOCKET FRUADS PERPETRATED BY ALL DEFENDANTS

Most recent docket frauds perpetrated by Defendants include

1.    **HIDING OF DOCS #133 AND 134 FOR ONE MONTH AFTER THEY WERE FILED IN MAIN BANKRUPTCY DOCKET:**
PLAINTIFF'S REQUEST ASKING FOR COURTS PERMISSION TO BRING LEGAL ACTION AGAINST TRUSTEE AND HIS COUNSEL AND TO SHORTEN TIME TO ITHS HEARING

Both these Docs #133 and 134 were FILED in Plaintiff's Bankruptcy Case 10-16183 Docket as evidenced in onelegal.com receipt (Exhibit Z-F) were MISFILED in the new created Docket 13-01086 Docs #113 and 114 where they were **HIDDEN FOR ONE MONTH PRIOR TO MYSTERIOUSLY APPEARING ONE MONTH LATER** in the main Bankruptcy Docket.

**AMAZINGLY THIS ONE MONTH DISAPPEARENCE OF THESE DOCUMENTS WAS NOT NOTICED BY JUDGE LEE** who **DENIED** these Motions!

**NOTE:** This fraudulent misfiling details are listed in Federal Case CV:14-04390 FMO CWx, Motion Titled "Plaintiff's Request to Notice Missing Filing….." filed November 3, 2014 (Exhibit Z-G)

2. **ORDER ASKING PLAINTIFF-DEBTOR TO APPEAR AND JUSTIFY EXISIENCE OF STAY ON HER BANKRUPTCY PROCEEDINGS FILED UNDER FRAUDULENT DOCKET 13-01086**

The STAY WAS PLACED ON ENTIRE BANKRUPTCY PROCEEDINGS (Exhibit A Doc #117 &119), but Order and proceedings pertaining to the STAY were

i)      Fraudulently **FILED** under the new case number 13-01086

ii)     **HEARING CONDCTION and proceedings** recorded under the new case number 13-01086

iii)    **REISSUING OF ORDER and CONTINUATION of hearing** were also **buried and hidden in the SAME** new case number 13-01086

(Exhibit Z-H: Docs #133, 144, 154, 155, 165 &166). Thus all these **FRAUDULENT PROCEEDINGS WERE KEPT OUT OF THE MAIN BANKRUPTCY DOCKET** (Exhibit Z-I) even though the STAY concerned the ENTIRE BANKRUPTCY PROCEEDINGS.

The **MAILING WAS DELAYED FOR ONE WEEK** as outlined in Plaintiff Ex Parte "Debtor-Plaintiff's Notice of Docket Fraud perpetration continuing to this day….." filed December 3, 2014 (Exhibits Z-J, Z-K & Z-L: New Case Docs #s 149, 150 & 151)


**QUESTION: Does Judge Lee have ANY IDEA of what placing a STAY ON BANKRUPTCY PROCEEDINGS MEANS? OR IS THIS INTENTIONAL, FRAUDULENT AND DELIBERATE BURIAL OF THESE PROCEEDINGS IN THE FRAUDULENT DOCKET AN ACT OF FAVORITISM?**

///

///

## IX.    POINTS TO CONSIDER

**Does the buck not STOP at the Presiding Judge?** A Presiding Judge bears the ultimate responsibility of all LEGAL happenings including filings, proceedings, orders etc UNDER THEM IN THEIR COURT? OR Is it intentional on the part of Judge Lee to feign ignorance and not realize or question the following

i) Where were Docs 133 and 134 HIDING FOR ONE MONTH?

ii) Why were these "misfiled" under Adversary Complaint when they pertained to Trustee and his Counsel in ENTIRE BANKRUPTCY and

iii) Why is Judge Lee HIDING his order for Plaintiff to provide justification of STAY PROCEEDINGS and its related proceedings under the Adversary Proceedings instead of her Bankruptcy Proceedings when the **STAY IS PLACED OVER ENTIRE BANKRUPTCY PROCEEDINGS?**

iv) Why did Judge Lee **NOT MAIL THIS ORDER FOR ONE WEEK** unlike his other orders which are mailed on the same day?

v) Why was Judge Lee intentionally, deliberately and fraudulently trying to PREVENT THE PLAINTIFF FROM APPEARING TO JUSTIFY THE STAY ON HER BANKRUPTCY PROCEEDINGS?

vi) Does Judge Lee not know that it is a JUDGES RESPONSIBILITY TO UPHOLD THE LEGAL PROCEEDINGS rather than asking Plaintiff-Debtor's to "JUSTIFY" the prior Judges Orders?

vii) Does Judge Lee know not know that prior Judge's actions, orders etc are all under review in a Judicial complaint and there are legal actions pending against him for the same reasons in Federal Court?

viii)Does Judge Lee not know that it is a JUDGES RESPONSIBILITY TO REVIEW THE ENTIRE CASE FILE before presiding as Judge on a case?

**QUESTION: IS JUDGE LEE ALSO A NON-DISCLOSED ACTIVE MEMBER OF THIS JUDICIAL GANG STRATEGICALLY REPLACING DEFENDANT JUDGE CLEMENT TO CONTINUE THE CRIMINAL ACTS?**

## X.    THIS COURT HAS THE POWER TO CORRECT THE DOCKET AND THE COURT RECORD

Federal Rules of Civil Procedure Rule (FRCP) 60 provides:  Relief from a Judgment or Order

(a) Corrections Based on Clerical Mistakes; Oversights and Omissions. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.

(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1)  mistake, inadvertence, surprise, or excusable neglect;

(2)  newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3)  fraud  (whether  previously  called  intrinsic  or  extrinsic),
misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is
based on an earlier judgment that has been reversed or vacated;
or applying it prospectively is no longer equitable; or

(6)  any other reason that justifies relief.

(c) Timing and Effect of the Motion.

(1) Timing. A motion under Rule 60(b) must be made within a
reasonable time—and for reasons (1), (2), and (3) no more than
a year after the entry of the judgment or order or the date of the
proceeding.

Additionally the Federal Rules of Bankruptcy Procedure Rule 9005.
(FRCP 61) Harmless Error applies in cases under the BANKRUPTCY Code.
When appropriate, the court may order the correction of any error or defect
or the cure of any omission which does not affect substantial rights.

FRCP Rule 61 states:   Harmless Error

No error in either the admission or the exclusion of evidence and no
error or defect in any ruling or order or in anything done or omitted by the
court or by any of the parties is ground for granting a new trial or for
setting aside a verdict or for vacating, modifying, or otherwise disturbing a
judgment or order, unless refusal to take such action appears to the court
inconsistent with substantial justice. The court at every stage of the
proceeding must disregard any error or defect in the proceeding which does
not affect the substantial rights of the parties.

Debtor has filed a US District Court action against the US Trustee, and Judge Clement and others  which alleges as its central theory,  fraud.  The Debtor seeks correction of the record because the Debtor believes that the errors in the Bankruptcy record have been intentional, fraudulent and are deliberate.

The Debtor has reported the matter to many governing agencies, and since the reporting the records and dockets in both this matter and the related adversarial matter have been of concern because they do not tell an accurate picture but in reality fraudulently divert all concerned and investigating authorities from the real facts.

## XI.   THIS COURT HAS THE POWER TO UPHOLD THE INTEGRITY OF THE JUDICAL PROCESS AND CORRECT THE INTENTIONAL WRONGS THAT HAVE BEEN DONE

**This organized corruption in bearers of Justice performing GRAND THEFT FELONIES  using stolen vehicle of BANKRUPTCY as their means to "TRANSFER" THE GOODS THEY STOLE from Plaintiff-Debtor to Buyer-Defendant while acting under color of professional right, as EXPOSED in these filings MUST NOW BE STOPPED AND THESE MEMBERS OF JUDICIAL GANG MUST BE EXPOSED!**

## XII. CONCLUSION

I hope this extremely serious **criminal matter** of illegally reopening Plaintiff-Debtor's to perpetrate innumerable grand thefts by **creating, misfiling, mislabeling, misreporting, shifting of entire bankruptcy**

**proceeding log to the new number, reserving blank doc numbers** as well as **causing delays in posting of legal documents** will be appropriately investigated and responsible individuals will be severely punished to deter other criminals from even thinking about these criminal acts of altering legal records and documents. The basis for all these is HATE CRIMES COMMITTED AGAINST A MINOTIY COLORED WOMAN who they tried to DEVASTATE TO THE EXTREME  by stealing everything she and her two children owned and rendering them HOMELESS WITH NOTHING.

For the reasons stated above Plaintiff requests this Court to order that

1. STOP DOCKET FRAUD WITH ALTERATION OF PLAINTIFF-DEBTOR'S BANKRUPTCY DOCKET 10-16183, so far shamelessly perpetrated by Defendants on an on-going basis for OVER ONE YEAR (since August 1, 2013 when fraudulent filing began under the created "New" case number borrowed from Adversary Proceeding)

2. STOP THE USE OF FRAUDULENTLY CREATED "NEW" CASE NUMBER 13-01086, TO SHIFT/DIVERT BANKRUPTCY PROCEEDINGS TO

   i) HIDE THEIR ILLEGAL REOPENING OF BANKRUPTCY LACKING JURISDICTION by fraudulently showing a filing date of August 1, 2013 on this new docket

   ii) HIDE INCRIMINATING FILINGS which are evidence of Defendants frauds, grand thefts etc perpetrated in Plaintiff-Debtor's Bankruptcy Matters

3. CORRECT ALL THEIR PREVIOUS FRAUDULENT DOCKET MISFILINGS  BY MERGING THE TWO DOCKETS

4. IN FUTURE NO NEW CASE NUMBER MUST BE INTRODUCED in Plaintiff-Debtors Bankruptcy matters

5. All the following proceedings must be **DECLARED NULL AND VOID** including all PREVIOUS ILLEGAL SALES OF PLAINTIFF-DEBTORS PROPERTIES which must be immediately returned to the Plaintiff-Debtor IN THEIR ORIGINAL CONDITION including

i) HER STANDING IN SAN FRANCISCO LAWSUIT AGAINST BREITMAN AND BBG LTD

ii) HER VODKA FROM AROUND THE WORLD LLC.,

iii) HER HOME/PRIMARY RESIDENCE WITH ALL ITS CONTENTS  IN ITS **ORIGINAL STATE** THAT IT WAS IN PRIOR TO THE ILLEGAL LOCK-OUT ON JUNE 26, 2013

Respectfully Submitted by Plaintiff:

Dated:  December 24, 2014

SALMA AGHA-KHAN, MD.
Plaintiff-Debtor in Pro Se