

SALMA AGHA-KHAN, M.D.
10001 Venice Boulevard # 402
Los Angeles, California  90034
Telephone:  (949) 332-0330
email:     salmahagha@aol.com
**Plaintiff-Debtor in Pro Se**

FILED

DEC 3 1 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

ISAF

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT, BAKERSFIELD DIVISION

SALMA AGHA
an individual,

                          **Debtor,**

**Case No. 10-16183**
**Chapter 7**

**JUDICIAL NOTICE RE: PLAINTIFF-DEBTOR'S MOTION TO STOP CONTINUOUS DOCKET FRAUD PERPETRATION BY DEFENDANTS FRAUDULENTLY CHANGING BANKRUPTCY DOCKET 10-16183 BY FILING UNDER A NEW CASE NUMBER 13-01086 TO**
  **1. HIDE THEIR READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD LACKING JURISDICTION AND**
  **2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" OF ALL INCRIMINATING FILINGS;**

**Judge: HON RICHARD LEE**
**Hearing Date:** ~~January~~  , 2015
**Time: 9:00 am** February 5
**Place: US Bankruptcy Court**
       **1300 18th Street, Ste A**
       **Bakersfield, CA**

**PLEASE NOTE:** The **DUTY TO REPORT MISCONDUCT** to the appropriate governing authorities is an ethical duty imposed on Judges, Attorneys etc in the United States by the rules governing professional responsibility. Acts constituting Misconduct which include tampering with evidence, suborning perjury and committing criminal acts of violence or dishonesty. Failure to report such crimes can result in disbarment, sanctions, impeachment etc

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY
DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL
BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM
INCRIMINATING FILINGS

1

# **TABLE OF CONTENTS**

1. Rule 201 of the Federal Rules of Evidence                    Pg 3

2. Federal Rules of Evidence 201(d)                             Pg 5

3. United States ex rel. Robinson Rancheria Citizens Council

   v. Borneo, 971 F.2d 244, 248 (9th Cir. 1992)                 Pg 6


4. Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741,     Pg 6

   746, fn. 6 (9th Cir. 2006);

5. Bennett v. Medtronic, Inc., 285 F.3d 801, 803               Pg 6

   (9th Cir. 2002)

6. Mullis v. U.S. Bankruptcy Court for Dist. of Nevada,        Pg 6

   828 F.2d 1385, 1388 n.9 (9th Cir. 1987)

7. Rule 201                                                     Pg 6

8. Fed. R. Evid. 201(d)                                        Pg 6

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY
DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL
BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM
INCRIMINATING FILINGS

2

# REQUEST FOR JUDICIAL NOTICE

Plaintiff-Debtor hereby requests that Court take Judicial Notice of the following acts that took place with **illegal reopening of her Bankruptcy lacking jurisdiction**. All Defendants in collusion have been **altering Court Records to hide their illegal actions,** pursuant to Rule 201 of the Federal Rules of Evidence, of Exhibits described under

1. **CREATION** by Defendants of a "**new**" parallel case number being used for filing of Plaintiff's Bankruptcy matters since August 1, 2013 till now, FOR OVER ONE YEAR

2. **SHIFTING/DIVERSION** of Bankruptcy filings from main Bankruptcy Case No 10-16183 to the new Case number 13-01086 as this new docket has a start date of August 1, 2013 WITHOUT the entire Bankruptcy register of dates which immediately shows they **lacked jurisdiction**

   i)  Filing of Petition May 30, 2010

   ii) Discharge September 23, 2010

   iii) Reopening September 18, 2012 (OVER TWO YEARS AFTER FILING FOR RELIEF AND OVER ONE YEAR AFTER DISCHARGE)

3. **MISFILING** by Defendants of Plaintiff's Bankruptcy matters under this incorrect created "**new**" parallel case number of **13-01086** (Exhibit B) instead of correctly filing them under the original Bankruptcy Number of **10-16183** (Exhibit A). Examples of such motion, oppositions orders etc in lieu of are as follows

   i)  **TWO MOTIONS TO DISQUALIFY DEFENDANT JUDGE CLEMENT** have been **"buried" and 'hidden"** in this fraudulent Docket thus cleverly away from the main Bankruptcy Docket

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

3

ii) Plaintiff-Debtor's **Motion requesting to change the venue of her Bankruptcy Case from Bakersfield to Los Angeles**

iii) **TWO MOTIONS requesting the Courts permission to bring legal action against Trustee and his Counsel – hidden for one month before mysteriously "appearing" in the main docket**

iv) **Judge Lee conducting hearings in lieu of his Order to show cause as to why the STAY PLACED ON BANKRUPTCY PROCEEDING MUST CONTINUE – ALL HIDDEN IN THE FRAUDULENT DOCKET!!**

4. **MISLABELING** by Defendants of Court Proceeding Transcript tiles which are criminally misleading stated with intent to mislead and defraud. For example Defendants fraudulently asking for an **"Order Authorizing the Sale"** instead of their criminal intent in actual motions for the hearing and the actual proceedings during the hearing itself **"Order to CONDUCT THE SALE" hiding** WHAT ACTUALLY HAPPENED IN THE COURT ROOM as evidenced in these transcripts.

5. **MISREPORTING** by Defendants with regard to the actual content of their filings and their intent as to the proceedings requested. For example Defendants fraudulently asking for an **"Application for Order Authorizing Trustee to Employ Attorneys Effective September 13, 2012"**, filed November 8, 2012, instead of the actual **"NOTIFICATION of Employment of Attorneys since September 13, 2012"**, PREDATING Trustees appointment on September 19, 2012.

6. **RESERVED** BLANK DOC NUMBERS with a note stating "Docket Entry reserved for internal use…….." Indeed so that fraudulent filings may be

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

4

"internally" slipped-in/inserted quietly at a later dated (Exhibit Z-H Doc # 156, 157 & 159)

Thus **DEFENDANTS ARE WELL AWARE OF ALL THEIR CRIMINAL ACTS, FRAUDS, GRAND THEFTS ETC THEY HAVE COMMITTED AND ARE DESPERATELY TRYING TO HIDE THE EVIDENCE!!**

This fraudulent Misreporting, misfiling, mislabeling etc makes these Motions, submissions, hearings etc and action taken in lieu of as **NULL AND VOID. Thus the following must immediately be returned to the Plaintiff-Debtor in their original condition with all costs incurred by Plaintiff-Debtor legal and otherwise as a result of these actions**

i) **GRAND THEFT of Plaintiff's standing in her lawsuit against Breitman and BBG Ltd**

ii) **GRAND THEFT of Plaintiff-Debtors Vodka From Around the World LLC**

iii) **Innumerable GRAND THEFTS of Plaintiff-Debtors Primary Residence and her belongings from that residence**

## A. <u>LEGAL ARGUMENT</u>

A federal court must take judicial notice of facts "if requested by a party and supplied with the necessary information." Federal Rules of Evidence 201(d).   Rule 201 allows the federal courts to take notice of matters of record in other court proceedings "both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." United States ex rel. Robinson Rancheria Citizens Council

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

5

v. Borneo, 971 F.2d 244, 248 (9th Cir. 1992) see also Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741, 746, fn. 6 (9th Cir. 2006); Bennett v. Medtronic, Inc., 285 F.3d 801, 803 (9th Cir. 2002) (judicial notice taken of amended complaint in another court); Mullis v. U.S. Bankruptcy Court for Dist. of Nevada, 828 F.2d 1385, 1388 n.9 (9th Cir. 1987) (judicial notice taken of documents filed in bankruptcy court). Rule 201 mandates that a federal court take judicial notice "if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d). "Judicial notice

The Defendants have been for a long period of time, **under the legal umbrella of Bankruptcy** with **CRIMINAL OBSTRUCTION OF JUSTICE** and an **INTENT TO DECIVE, fraudulently ALTERING LEGAL DOCUMENTS, since inception of the fraud to illegally reopen Plaintiff's Bankruptcy knowing they lacked jurisdiction to favor their special friends and to afford revenge to Defendant KDG law firm against their former Client, Plaintiff-Debtor.**

## B. <u>METHODS USED BY DEFENDANTS TO PERPETRATE DOCKET FRAUD</u>

### I. CREATION OF NEW CASE NUMBER

The Defendants fraudulently and intentionally "**<u>CREATED</u>**" a "**new**" parallel case number to file and hide Plaintiff's Bankruptcy matter documents which serve as incriminating evidence against Defendants since August 1, 2012till now. Defendants have intentionally been misfiling Plaintiff's Bankruptcy matter documents under this new parallel case number for OVER ONE YEAR.

**JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS**

6

## II. SHIFTING OF BANKRUPTCY DOCUMENT FILING TO THE "NEW" NUMBER SO THAT BANKRUPTCY DATES SHOWING ILLEGAL REOPENING ARE NOT READILY APPARENT

**SHIFTED/DIVERTED** the filing of legal documents from Main Bankruptcy Docket 10-16183 to fraudulently created "new" docket 13-01086 as this new docket has a start date of August 1, 2013.

**PURPOSE:** the entire Bankruptcy register of dates which immediately shows the Bankruptcy reopening as **ILLEGAL** as it **lacked jurisdiction** is NOT SHOWN in this new umber which shows a filing date of August 1, 2013 instead of Main Bankruptcy Docket which shows

i) Filing of Petition May 30, 2010

ii) Discharge September 23, 2010

iii) **ILLEGAL REOPENING** September 18, 2012 (OVER TWO YEARS AFTER FILING FOR RELIEF AND OVER ONE YEAR AFTER DISCHARGE)

**EXAMPLE:** Main Bankruptcy Docket 10-16183 shows a last filing date of November 19, 2014 Doc #143 (Exhibit Z-I). **THERE IS NO LOG OF JUDGE LEES ORDER ASKING THE PLAINTIFF TO APPEAR AND SHOW CASE REGARDING JUSTIFICATION OF STAY ON HER BANKRUPTCY.** This Order to Show Cause, Hearing, Replies, Ex Parte Motion, Continuation, etc are **ALL FILED IN THE NEW DOCKET** 13-01086 (Exhibit Z-H Doc #s 133, 134, 149, 150, 151, 152, 153, 155, 165 &166)

## III.   MISFILING OF BANKRUPTCY MATTER DOCUMENTS

The Defendants have intentionally and fraudulently, for a long period of time, **"MISFILED"** Plaintiff's Bankruptcy matter documents under the new parallel case number they created to "**hide**" these documents

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

7

The Defendants **first** showed these critical documents to be "**REDACTED**" under the correct original Bankruptcy case number **10-16183** (Exhibit A).

The Defendants than after a period of several months made these "**REDACTED**" documents appear under the "**new**" parallel case number, **13-01086** (Exhibit B), "**borrowed**" from the Adversary Proceedings but created as a separate case entity entirely.

**PLEASE NOTE:** the first adversary proceeding brought against Defendant CitiMortgage et al is listed under both case numbers (Exhibit U: *Correctly AND Incorrectly filed Adversary Proceeding against CitiMortgage* **Doc #115** *under original Bankruptcy # 10-16183* **and Docs #1-5** *under new Case #13-01086*) where the "new" case number is hand written under the typed Bankruptcy number on this submission under which this document was filed by the Plaintiff. The $293.00 filing fee was waived by these Defendants in their pathetic and desperate attempt at creating this new case number for hiding incriminating evidence against them.

**PURPOSE** of this intentional **"misfiling"** of Dockets under a "**new**" parallel case number by the Defendants to fraudulently "**hide**" these critical motions, Defendants actions, responses and orders pertaining to these motions were all **intentional frauds performed under the legal umbrella of Bankruptcy** to achieve the following results

iv) These documents are **not readily visible** to the investigating authorities who see a "**clean**" docket list under the original Bankruptcy number and think "there must be a mistake in filing of complaint". (Exhibit A & B: *Two Docket Lists showing TWO Case numbers for filing*

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

8

*Plaintiff's Bankruptcy matters*) & (Exhibit U: *Correctly AND deliberately Incorrectly filed Adversary Proceeding Doc #115 under original Bankruptcy # 10-16183 and Docs #1-5 under new Case #13-01086*)

v) **Defendants dirty list of deeds, incriminating evidence is buried** under the "new" case number which effectively "**hides**" the main culprit, Defendant Judge Clement himself as this entire case

vi) **Plaintiff's attempt at exposing these criminals and their felonies** in the form of Motions documenting Judicial Misconduct etc **appear to be part of a relatively benign Adversary Proceeding against CitiMortgage** (Exhibit B: *"NEW" case number Docket List*) & (Exhibit W: *Reply to Correctly filed Adversary Proceeding Doc #115 in under "NEW" case number as Doc#9&11 of 13-01086*)

vii)        Also **any future disqualification** of Defendant Judge Clement will not affect his standing in the ENTIRE FRAUDULENTLY REOPENED BANKRUPTCY LACKING JURISDICTION as it will be **LIMITED TO THIS ADVERSARY PROCEEDING against CitiMortgage** (Exhibit V)


## IV. MISLABELING OF TITLE ON COURT HEARING TRANSCRIPTS

The Defendants deliberate "**mislabeling**" of Titles on Court Proceeding Transcripts effectively misguides regarding the purpose of the hearing and lies about the actual Court Proceedings contrary to the evidence contained in these transcripts.

**EXAMPLE**: Defendants repeated fraudulent asking for an "**Order Authorizing Sale**" instead of "**Order to CONDUCT THE SALE** WITH IMMEDIATE ON-SITE BIDDING", the real reason for that hearing and all

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY
DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL
BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM
INCRIMINATING FILINGS

9

Motions submitted leading to that hearing, which is the transcribed supporting evidence therein.

**PURPOSE** of this fraudulent intentional "**mislabeling**" of titles  on all transcribed court proceedings and all associated pertinent filings is to MISLEAD as to the **real reason for the hearing/filing** and as to **what was actually proposed and heard in the related Court hearing.** The Defendants thus achieved the following goals

i) The Defendants "**camouflaged**" **their grand theft felony carried out using Bankruptcy as means to an end,** thus their execution of this grand fraud of Bankruptcy which enabled them to steal Plaintiffs properties using force under color of official right, was effectively covered up. These Defendant robbers ignored every Rule of Bankruptcy including their collusion as to preplanning of this scheme to commit robbery when they lacked jurisdiction as to the reopening of Bankruptcy, lied to fraudulently claim Plaintiff's properties as assets, lacked notifying Creditors, failed to post a notice of sale and the list of frauds goes on and on.

ii) The Defendants kept their **schemed grand theft felony "invisible and hidden" from all Creditors** and investigating authorities who just see a "**clean**" docket list under the original Bankruptcy number and think "there must be a mistake in filing of the complaint". Thus they have **no idea** how these Defendant thieves TREACHEROUSLY EXECUTED ACTUALLY THEIR PLANNED THEFT IN THE BANKRUPTCY COURT IN THE NAME OF BANKRUPTCY

iii) The Defendants **kept Creditors from pursuing and purchasing**

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

10

these assets, these Defendants 'had illegally stolen from Plaintiff. Thus the **grand theft felony was kept a "Private Event"** by Defendants KDG, Goldner, Holder, Defendant Trustee Vetter, Defendant Judge Clement **to benefit their "special friends"** Defendants Breitman and BBG Ltd.

## V. MISREPORTING OF TITLES ON DEFENDANTS MOTIONS

The Defendants deliberate **"misreporting"** of Titles with regards to the actual content of their filings and their intent as to the proceedings requested which makes these proceedings NULL AND VOID.

**EXAMPLE:** Defendants fraudulently asking for an **"Application for Order Authorizing Trustee to Employ Attorneys Effective September 13, 2012"**, filed November 8, 2012, instead of the actual **"NOTIFICATION of Employment of Attorneys since September 13, 2012"**, PREDATING Trustees appointment to this case on September 19, 2012.

**PURPOSE** of this fraudulent intentional **"misreporting"** of titles by Defendants on all their filing and the stated requests is to MISLEAD as to the **real reason for the filing** and as to **their actual intended actions proposed in that document.** The Defendants thus achieved the goals described above under items I-III.

## VI.  RESERVING SCATTERED DOCKET NUMBERS BLANK, LISTED AS "RESERVED FOR INTERNAL USE" SO THAT ILLEGAL DOCUMENTS MAY BE SLIPPED IN UNNOTICED

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

11

**RESERVED** BLANK DOC NUMBERS with a note stating "Docket Entry reserved for internal use…" Indeed so that fraudulent filings may be "internally" slipped-in/inserted quietly at a later dated (Exhibit B Doc # 55, 66 & 67) and  (Exhibit Z-H Doc # 156, 157 & 159). Notice no Doc numbers are MISSING or OUT OF SYNC in 10-16183.

Thus **DEFENDANTS ARE WELL AWARE OF ALL THEIR CRIMINAL ACTS, FRAUDS, GRAND THEFTS ETC THEY HAVE COMMITTED AND ARE TRYING TO HIDE THE EVIDENCE!!**

**QUESTION: HOW DEEP DOES THE LEVEL OF CORRUPTION RUN IN THIS COURT EXTENDING FROM JUDGES TO THE FILING CLERKS???**

## C. LIST OF SOME MISFILED, MISLABELED AND MISREPORTED DOCUMENTS

Kindly note that all the Motions listed below were filed under the correct original Bankruptcy Number of **10-16183** (EXHIBIT A), heard under correct Bankruptcy Case No 10-16183 with orders provided under the same Bankruptcy case number 10-16183 but yet intentionally "**misfiled**" under the **new** parallel Case number **13-01086** (EXHIBIT B).

i) CitiMortgage et al **REPLY Docs #9 & 11** to Plaintiffs Motion regarding complaint of violation of automatic stay with her illegal lockout on her Primary Residence 11622 Harrington Street Bakersfield, CA 93311 is "**misfiled**" under the "**new**" number (Exhibit C) while the original motion was filed **UNDER BOTH CASE NUMBERS**

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

12

a. correctly filed under original Bankruptcy Number Doc #115 (Exhibit V1) and **ALSO**

b. incorrectly filed under new case number Docs #1-5 (Exhibit V2)

ii) Plaintiff's **first Motion for Judicial Disqualification** based on Judicial Misconduct Complaint. New Case Doc #30. Filed October 22, 2013  (Exhibit D)

iii) Defendant Judge Clement's actions in response to this First Motion for his Disqualification including his

a. STAY on this Motion filed October 24, 2013  New Case Doc #31 appears AFTER Doc #34-36 (Exhibit E & B)

b. DENIAL of this Motion filed December 17, 2013. New Case Doc #44  (Exhibit F)

c. Defendant Judge Clement's Memorandum Decision regarding his denial of this first Motion for his Disqualification filed December 17, 2013  New Case Doc #45 (Exhibit G)

iv) Plaintiff's Motion for change of venue for hearings of her illegally reopened Bankruptcy case from Bakersfield to Los Angeles, California in an attempt to separate herself from these **"stalkers"** with **"killer instincts"** filed November 19, 2013 New Case Doc #37 (Exhibit H)

v) Defendant Judge Clement's **STAY** of this Motion for change of venue of Salma Agha-Khan, MDs bankruptcy proceedings from Bakersfield to Los Angeles, giving placement of stay on Bankruptcy proceedings as his reason for this refusal. Filed November 20, 2013 New Case Doc #39 (Exhibit I)

vi) Plaintiff's Motion for **vacating illegal lock-out** of Salma Agha-Khan,

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

13

MD and her two children from their home/Primary Residence of ten plus years - an act of **willful violation of automatic stay** of Bankruptcy. New Case Doc #42 (Exhibit J) Filed December 9, 2013

vii) Plaintiff's Motion for **shortening the time for hearing** of Motion **vacating illegal lock-out** of Salma Agha-Khan, MD and her two children from her home/Primary Residence of ten plus years, in **violation of automatic stay** of bankruptcy. New Case Doc #43 Filed December 9, 2013 (Exhibit K)

viii) Defendant Judge Clements Order **scheduling the hearing date** on the Motion for vacating illegal lock-out of Salma Agha-Khan, MD from her home/Primary Residence of ten plus years, an act performed while her bankruptcy was still open. New Case Doc #46 Filed December 17, 2013 (Exhibit M)

ix) Defendant Judge Clement's Order **now lifts the same stay on Plaintiff Bankruptcy Proceedings which previously he had used as an excuse to prevent Plaintiff from changing her venue from Bakersfield to Los Angeles,** so he can rule on the Motion for vacating illegal lock-out of Salma Agha-Khan, MD and her two children from their home/Primary Residence of ten plus years, an act performed while her bankruptcy was still open. New Case Doc #47 Filed December 17, 2013 (Exhibit L)

x) Plaintiffs Second Motion for Judicial Disqualification based on lawsuit filed against Defendant Judge Clement in another attempt to remove Defendant Judge Clement from Salma Agha-Khan, MDs Bankruptcy case and its proceedings (Summons and lawsuit were attached to

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

14

this motion) filed February 11, 2014 New Case Doc #59 (Exhibit N)

xi) Plaintiff's Motion to shorten the time for Defendant Judge Clement to Disqualify himself in support of second Motion for his Disqualification. New Case#, Doc #60 filed February 11, 2014 (Exhibit O)

xii) Defendant Judge Clement's Order **scheduling a next day hearing** on Motion to shorten the time for him to Disqualify himself from Salma Agha-Khan, MDs Bankruptcy case and its proceedings filed New Case # Doc # 63. Filed February 11, 2014 (Exhibit P)

xiii) Defendant Judge Clement's CIVIL MINUTES regarding his **DENYING** the second attempt at his **Judicial Disqualification** based on lawsuit filed against him, **same minutes with TWO Docs #64 & 65 showing different titles while NO ORDER HAS BEEN ENTERED!** Also there are TWO DOC # 66 & 67 LEFT EMPTY with a this note "Docket Entry Reserved for Internal Use"! New Case # Doc # 64&65. Filed February 12, 2014 (Exhibit Q & Z-A)

xiv) Defendant Judge Clement's Order **DENYING** Plaintiff's Motion for **vacating illegal lock-out** of her and her two children from their home/Primary Residence of ten plus years. Defendant Judge Clement's desperate need and excessive insistence on wanting to rule on Plaintiffs illegally reopened Bankruptcy case is so evident that he even **lifts the stay** on Plaintiffs Bankruptcy proceedings to rule on this case against her and against Bankruptcy Laws knowing that the illegal lockout was **willful violation of Bankruptcy's automatic stay**. New Case # Doc # 70. Also note that Docket number sequence is mixed up Filed February 12, 2014 (Exhibit R & A)

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

15

xv) Permission to bring legal action against Defendant Trustee which involves the Bankruptcy but is "**hidden**" in new case number so Bankruptcy docket remained "**clean**" (Exhibit S, Z-C & Z-D)

xvi) Defendant Judge Clement "**recusal**" is again "**hidden**" in new case number so Bankruptcy docket is still "**clean**". Also giving the impression that his removal is just from CitiMortgage case and is not related to illegally reopened Bankruptcy proceedings Doc #115 (Exhibit T, Z-C & Z-D)

xvii) Following Defendant Judge Clement "**recusal**" the appointment of a new Judge is again "**hidden**" in new case number so Bankruptcy docket is still "**clean**". Also giving the impression that his removal is just from CitiMortgage case and is not related to illegally reopened Bankruptcy proceedings Doc #117 (Exhibit U, Z-C & Z-D)

## D. <u>LIST OF SOME CLEAN CORRECTLY FILED DOCUMENTS</u>

The only **kosher documents** appearing under the correct Bankruptcy case number 10-16183 are

i) Adversarial Proceedings filed by Plaintiff Salma Agha-Khan, MD., against CitiMortgage Inc, CR Title Services Inc, Wilmington Trust Company, filed August 1, 2013 Doc #115 (Exhibit V, V1 & V2)

ii) Defendant Judge Clements Order **stay on Bankruptcy Proceedings** of Salma Agha-Khan, MD filed October 18, 2013 (Exhibit W)

iii) Defendant Judge Clements **Amended Order of stay** placed on Bankruptcy Proceedings of Salma Agha-Khan, MD filed July 22, 2013, Doc #119 (Exhibit X) this being the same document as in ii) above

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

16

# E. <u>LIST OF MISLABELED TITLES ON COURT HEARING TRANSCRIPTS</u>

Defendants intentional **"mislabeling"** of Titles in Transcripts of Court Proceedings according to **"misreported"** Titles of their Motions etc pertaining to these hearings is yet another attempt of Defendants to **"hide"** their **grand theft evidenced by WHAT ACTUALLY HAPPENED IN THE COURT ROOM,** confirmed in the transcribed contents of these documents.

Below is a list of some of these documents submitted as evidence of Defendants intent to deceive causing criminal obstruction of justice

i) Transcript of Hearing regarding Sale of Plaintiff's property stolen from her by Defendants KDG, Holder, Goldner, Defendant Judge Clement and Defendant Trustee Vetter held December 18, 2012. Original Case Doc#85 (Exhibit Y & A)

    a. **"Misleading" Transcript Title as to the Title of request for this hearing:** "Motion to Sell" instead of "Motion for Authorizing Sale", the actual title of motion in Doc #78 *(Exhibit A)*

    b. **"Misleading" Transcript Title as to the actual proceeding**: "SALE" without CREDITORS but with a specially notified eager "DEFENDANT-BUYER" wanting to buy the "asset" naming him and his company BBG Ltd as Defendants, sitting in the Court room and his Counsel on the phone

ii) Transcript of Hearing of Sale of Plaintiff's property stolen from her by Defendants acting under color of official right, sold to their **"special friends"** Defendants Breitman and  BBG Ltd who were Defendants in that same lawsuit being fraudulently called an asset,  held January 23, 2013. (Exhibit Z)

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

17

a. **"Misleading" Transcript Title of this hearing:** Transcript Title reads

-"Motion to Employ Lisa Holder" - who is already employed, with her ambushed "employment" predating Trustees appointment (Exhibit A: Doc #72)

-"Motion to Sell" when Motion being heard according to the requesting Motions was "Authorizing Sale" (Exhibit A: Doc #78)

b. **"Misleading" Transcript Title as to the actual proceedings**: Transcript title reads "Motion to Sell" when a "SALE WITH ON-SITE BIDDING" was conducted in favor of Defendants "special friends". This "SALE WITH BIDDING" was known to take place as Plaintiff was asked to bring a Cashier's check as deposit and an eager "Buyer" who was also DEFENDANT IN THAT SAME LAWSUIT BEING SOLD AS ASSET was sitting in the Court room DEVOID OF CREDITORS!!

c. **"Misleading" Transcript Title HIDING the Actual Court Proceedings: "SALE" with "SCAMMED" organized bidding where Defendant Judge Clement himself**

**-Refused to let Plaintiff speak on her own behalf after she dismissed her attorney**

**-Threatens the Plaintiff with physical violence repeatedly**

**-Acknowledges the "special notification of SALE" sent to his "special friends"**

**-Acknowledges that NO NOTICE OF SALE WAS POSTED OR SENT TO CREDITORS**

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

18

**-Himself refuses a much more lucrative offer from Plaintiff on behalf of Defendant Trustee**

**-Lowers he sale price from final bid price in favor of his "Special Friends"**

**-And much, much more**

iii) Transcript of Hearing held on January 9, 2014 regarding ExParte Motion to Vacate (illegal) lockout of Plaintiff from her Primary Residence of ten plus years as willful violation of Automatic Stay

a. **"Misleading" Transcript Title:**

**-from Personal Copy obtained directly from Wood & Randall:** No 10-16183 (Exhibit Z-A)

**-from Doc#82 March 13, 2014,** where **number of Docket is too far   out** as a lot of motions etc have happened since the hearing and its **OVER TWO MONTH DELAYED IN FILING: No Lies here** (Exhibit B)

b. **"Misleading"/Irregularities of Docket Title: An Order itself with Doc # of this hearing DOES NOT EXIST**

-March 13, 2014: Doc #82 where **number of Docket is too far out** as a lot of motions etc have happened since the hearing and its **OVER TWO MONTH DELAYED IN FILING: with No mention of REGARDING WHAT!!** (Exhibit B)

-January 13, 2104: BLANK DOCKET stating "Docket entry reserved for internal use"

-January 14, 2014: Doc #56 CIVIL MINUTE ORDER/ORDER TO CONTINUE HEARING re Doc #42

**JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS**

19

**-Notice of REDACTION**

iv) Transcript of Hearing held on February 12, 2014 regarding continuance from January 9, 2014 of

-ExParte Motion to Vacate (illegal) lockout of Plaintiff from her Primary Residence of ten plus years as willful violation of Automatic Stay

-Disqualify Defendant Judge Clement

a. **"Misleading" Transcript Title:**

**-from Personal Copy obtained directly from Wood & Randall:** N0 10-16183 (Exhibit Z-B)

**-from Doc#84 filed March 13, 2014, where number of Docket is again too far out** as a lot of motions etc have happened since the hearing and its **OVER ONE MONTH DELAYED IN FILING:** (Exhibit B)

b. **"Misleading"/Irregularities of Docket Titles: An Order itself with Doc # of this hearing DOES NOT EXIST**

-March 13, 2014: Doc # 84 where **number of Docket is again too far out** as a lot of motions etc have happened since the hearing and its **OVER ONE MONTH DELAYED IN FILING: Transcript regarding hearing held 2/12/14 with No mention of REGARDING WHAT!!** (Exhibit B)

-February 12, 2104: **Doc # 64:** CIVIL MINUTES-- Hearing Held/Concluded Re:42…..DENIED (Entered 2/17/2014)

-February 12, 2104: **Doc # 65:** CIVIL MINUTES-- Hearing Held/Concluded Re:59…..DENIED (Entered 2/17/2014)

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

20

-February 18, 2104: TWO BLANK DOCKETS stating "Docket entry reserved for internal use"

-February 18, 2104: Doc #68 CIVIL MINUTE ORDER DENYING #59…….(Entered 2/19/2014)

-February 18, 2104: Doc #70 CIVIL MINUTE ORDER DENYING #42…….(Entered 2/19/2014)

**-Notice of REDACTION**

# F. <u>INTENTIONAL OBSTRUCTION WITH TRANSCRIBING CAUSING UNUSUAL DELAY IN POSTING OF DOCUMENTS</u>

An intentional obstruction caused by Defendants to transcribing these hearings held on January 9, 2014 and February 12, 2014. Despite repeated phone calls and emails we were UNABLE to obtain a transcribed copy of these hearing after I was told that "other two hearings on February 12, 2014 had been transcribed a long time ago" by the person at Wood and Randall Court Transcribing Service who was also not sure why my hearings were not yet transcribed.

To overcome this intentional obstruction I had to attach copies of this lawsuit and threaten the transcribing service with their inclusion in the lawsuit if I did not get my copies ASAP.

I finally got my transcribed hearing copies on March 13, 2014 over **TWO MONTHS AFTER** January 9, 2014 hearing and **OVER ONE MONTH AFTER** February 12, 2014 hearing (Exhibit Z-E). I wonder **WHO WAS STOPPING** transcription of these hearings and **WHY?**

## G.    MOST RECENT DOCKET FRUADS PERPETRATED BY ALL DEFENDANTS

Most recent docket frauds perpetrated by Defendants include

### I. HIDING OF DOCS #133 AND 134 FOR ONE MONTH AFTER THEY WERE FILED IN MAIN BANKRUPTCY DOCKET:

PLAINTIFF'S REQUEST ASKING FOR COURTS PERMISSION TO BRING LEGAL ACTION AGAINST TRUSTEE AND HIS COUNSEL AND TO SHORTEN TIME TO ITHS HEARING

Both these Docs #133 and 134 were FILED in Plaintiff's Bankruptcy Case 10-16183 Docket as evidenced in onelegal.com receipt (Exhibit Z-F) were MISFILED in the new created Docket 13-01086 Docs #113 and 114 where they were **HIDDEN FOR ONE MONTH PRIOR TO MYSTERIOUSLY APPEARING ONE MONTH LATER** in the main Bankruptcy Docket.

**AMAZINGLY THIS ONE MONTH DISAPPEARENCE OF THESE DOCUMENTS WAS NOT NOTICED BY JUDGE LEE** who **DENIED** these Motions!

**NOTE:** This fraudulent misfiling details are listed in Federal Case CV:14-04390 FMO CWx, Motion Titled "Plaintiff's Request to Notice Missing Filing….." filed November 3, 2014 (Exhibit Z-G)

### II. ORDER ASKING PLAINTIFF-DEBTOR TO APPEAR AND JUSTIFY EXISIENCE OF STAY ON HER BANKRUPTCY PROCEEDINGS FILED UNDER FRAUDULENT DOCKET 13-01086

The STAY WAS PLACED ON ENTIRE BANKRUPTCY PROCEEDINGS (Exhibit A Doc #117 &119), but Order and proceedings pertaining to the STAY were

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

22

i)   Fraudulently **FILED** under the new case number 13-01086

ii)  **HEARING CONDCTION and proceedings** recorded under the new case number 13-01086

iii) **REISSUING OF ORDER and CONTINUATION of hearing** were also **buried and hidden in the SAME** new case number 13-01086 (Exhibit Z-I Docs #133, 144, 154, 155, 165 &166). Thus all these **FRAUDULENT PROCEEDINGS WERE KEPT OUT OF THE MAIN BANKRUPTCY DOCKET** (Exhibit Z-J) even though the STAY concerned the ENTIRE BANKRUPTCY PROCEEDINGS.

The **MAILING WAS DELAYED FOR ONE WEEK** as outlined in Plaintiff Ex Parte "Debtor-Plaintiff's Notice of Docket Fraud perpetration continuing to this day....." filed December 3, 2014 (Exhibits Z-K, Z-L & Z-M)

**QUESTION: Does Judge Lee have ANY IDEA of what placing a STAY ON BANKRUPTCY PROCEEDINGS MEANS? OR IS THIS BURIAL OF THESE PROCEEDINGS IN THE FRAUDULENT DOCKET INTENTIONAL ACT OF FAVORITISM WITH COMMITTING OF HATE CRIME AGAINST A MINORITY WOMAN OF COLOR (PLAINTIFF-DEBTOR) IN COLLUSION WITH ALL DEFENDANTS JUST AS HIS PREDECESSOR, DEFENDANT JUDGE CLEMENT?**

## H. CONCLUSION

I hope it is realized that these Defendants under protection of Defendant Judge Clement and now Judge Lee have been using Bankruptcy like a stolen vehicle to first **COMMIT COUNTLESS GRAND THEFTS** and

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

23

then to **TRANSPORT STOLEN GOODS ILLEGALLY TO THE ILLEGAL BUYER**, all well planned and cunningly executed under color of official right. And as an added attempt to devastate the Plaintiff-Defendant, render her and her two children "homeless" by illegally evicting and from their home of te plus years and STEALING all their belongings from their home.

This extremely serious, **illegal and criminal matter** of **creating, misfiling, mislabeling, misreporting, reserving blank doc numbers for "internal use", diverting bankruptcy proceedings away from the Main Bankruptcy Docket into the fraudulent new docket** as well as **causing delays in transcribing and posting of legal documents** will be appropriately investigated and responsible individuals will be given exemplary punishments to deter others from even thinking about the criminal act of altering legal records and documents. Also misreporting makes those proceedings **NULL AND VOID**.

For the reasons stated above Plaintiff requests this Court to order that

1. **STOP DOCKET FRAUD WITH ALTERATION OF PLAINTIFF-DEBTOR'S BANKRUPTCY DOCKET 10-16183**, so far shamelessly perpetrated by Defendants on an on-going basis for OVER ONE YEAR (since August 1, 2013 when fraudulent filing began under the created "New" case number borrowed from Adversary Proceeding)

2. **STOP THE USE OF FRAUDULENTLY CREATED "NEW" CASE NUMBER 13-01086, TO SHIFT/DIVERT BANKRUPTCY PROCEEDINGS TO**

   i) HIDE THEIR ILLEGAL REOPENING OF BANKRUPTCY LACKING JURISDICTION by fraudulently showing a filing date of August 1, 2013 on this new docket

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

24

ii) HIDE INCRIMINATING FILINGS which are evidence of Defendants frauds, grand thefts etc perpetrated in Plaintiff-Debtor's Bankruptcy Matters

3. **CORRECT ALL THEIR PREVIOUS FRAUDULENT DOCKET MISFILINGS BY MERGING THE TWO DOCKETS**

4. **IN FUTURE NO NEW CASE NUMBER MUST BE INTRODUCED** in Plaintiff-Debtors Bankruptcy matters

5. **DECLARE THE FOLLOWING PROCEEDINGS NULL AND VOID** including all PREVIOUS ILLEGAL SALES OF PLAINTIFF-DEBTORS PROPERTIES which must be immediately returned to the Plaintiff-Debtor IN THEIR ORIGINAL CONDITION with all costs, damages, attorneys fees etc incurred as a result of these actions including

i) HER STANDING IN SAN FRANCISCO LAWSUIT AGAINST BREITMAN AND BBG LTD

ii) HER VODKA FROM AROUND THE WORLD LLC.,

iii) HER HOME/PRIMARY RESIDENCE WITH ALL ITS CONTENTS IN ITS **ORIGINAL STATE** THAT IT WAS IN PRIOR TO THE ILLEGAL LOCK-OUT ON JUNE 26, 2013

Respectfully Submitted:

Dated:  December 24, 2014

SALMA AGHA-KHAN, MD.
Plaintiff-Debtor in Pro Se

JUDICIAL NOTICE RE: PLAINTIFF-MOTION TO STOP DOCKET FRAUD  BEING PERPETRATED BY DEFENDANTS FILING UNDER A NEW CASE NUMBER TO 1. HIDE READILY APPARENT ILLEGAL BANKRUPTCY REOPENING FRAUD AND 2. KEEP THE MAIN BANKRUPTCY DOCKET "CLEAN" FROM INCRIMINATING FILINGS

25