Andrew A. Bao (SBN 247092)
*aabao@wolfewyman.com*
Meagan S. Tom (SBN 273489)
*mstom@wolfewyman.com*
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendants
CITIMORTGAGE, INC.; CITIBANK, N.A.;
WOLFE & WYMAN LLP; BRIAN H. GUNN;
ANDREW A. BAO and HEATHER S. KIM

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In Re | Bankruptcy No. 10-16183-B |
| SALMA AGHA, | Chapter 7 |
| Debtor. | Adversary No. 14-01155-B |
| SALMA AGHA, | **NOTICE OF WITHDRAWAL OF ADVERSARY PROCEEDING AND TRANSFER OF CASE** |
| Plaintiff/Debtor, | |
| v. | |
| THE UNITED STATES OF AMERICA, et al. | Hon. Richard Lee |
| Defendants. | |

PLEASE TAKE NOTICE that on January 20, 2015, the United States District Court ordered that the reference of this matter be withdrawn to the United States District Court, Eastern District Case Number 1:15-cv-00042-AWI for further proceedings. (BK Dkt. #26). As such, Adversary Proceeding is no longer further proceeding in the United States Bankruptcy Court – Eastern District of California.

///

///

1920088.1

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

DATED: February 3, 2015        WOLFE & WYMAN LLP

By: /s/ Meagan S. Tom  SBN 273489
       ANDREW A. BAO
       MEAGAN S. TOM
Attorneys for Defendants
**CITIMORTGAGE, INC.; CITIBANK, N.A.;**
**WOLFE & WYMAN LLP; BRIAN H. GUNN;**
**ANDREW A. BAO and HEATHER S. KIM**

NOTICE OF WITHDRAWAL OF ADVERSARY PROCEEDING AND TRANSFER OF CASE

1920088.1